IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PIONEER BANK,<br>PIONEER BANCORP INC. and<br>CLOUD PAYROLL LLC,<br><br>    Defendants. | No. 1:20-cv-487 (DNH-DJS) |

### STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America, Pioneer Bank, and Pioneer Bancorp Inc., having settled the claims in this action, hereby stipulate that this action is dismissed with prejudice.

Date: March 15, 2024

THE UNITED STATES OF AMERICA

By: _/s/ Joseph M. Kaufman_
Joseph M. Kaufman
Bradley A. Sarnell
Trial Attorneys, U.S. DOJ, Tax Division
P.O. Box 55
Washington, D.C. 20044
Tel.: (202) 598-5508
bradley.a.sarnell@usdoj.gov
joseph.m.kaufman@usdoj.gov
*Attorneys for the United States of America*

PIONEER BANK and PIONEER BANCORP INC.

By: _/s/_
Robert J. Alessi
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4866
robert.alessi@us.dlapiper.com
*Attorneys for Pioneer Bank and Pioneer Bancorp Inc.*